2 So.2d 319

### John SWEENEY v. State.

1 Div. 384.

Court of Appeals of Alabama.
March 4, 1941.

Rehearing Denied March 25, 1941.

Bart B. Chamberlain, Jr., of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

The controlling points of decision involved upon this appeal are of the same import as those in the appeal of the case of John Arnold v. State, Ala.App., 2 So.2d 316.[1] These questions have been considered and determined by this court in the Arnold case, supra, and upon authority thereof the judgment of conviction from which this appeal was taken is reversed and the cause remanded.

Reversed and remanded.